UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHNI PRASAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-1505 WBS JDP (PS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 6 |

Plaintiff has filed a motion for an extension of time to file an opposition to defendant Wells Fargo Bank, N.A.'s motion to dismiss. ECF No. 6. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 6, is granted.

2. The November 10, 2022 hearing on defendant's motion to dismiss is continued to December 15, 2022, at 10:00 a.m., in Courtroom No. 9.

3. By no later than December 1, 2022, plaintiff shall file an opposition or statement of non-opposition to defendant's motion to dismiss.

4. Defendant may file a reply to plaintiff's opposition, if any, no later than December 8, 2022.

1

5.  Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated:    November 7, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE