UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHNI PRASAD,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>            Defendants. | No.  2:22-cv-01505-WBS-JDP (PS)<br><br>ORDER |

    On May 15, 2023, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant filed objections on May 30, 2023, and they were considered by the undersigned.

    The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1

1. The proposed Findings and Recommendations filed May 15, 2023, are adopted; and

2. Defendant's motion to dismiss, ECF No. 4, is denied.

Dated:  July 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE