UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSHNI PRASAD,<br><br>      Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>      Defendants. | Case No.  2:22-cv-01505-WBS-JDP (PS)<br><br>ORDER |

        On March 11, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The proposed Findings and Recommendations filed March 11, 2024, are ADOPTED;

1      2. Plaintiff's motion to remand, ECF No. 24, is granted.

2      3. This case is REMANDED to the Superior Court of the State of California in and for
3  the County of Sacramento; and

4      4. The Clerk of Court is directed to send a certified copy of this order to Superior Court
5  of California in and for the County of Sacramento and to close the case.

6  Dated: April 5, 2024

7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE