# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROSHNI PRASAD,**

              v.

CASE NO: **2:22–CV–01505–WBS–JDP**

**WELLS FARGO HOME MORTGAGE, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/08/2024**

                        **Keith Holland**
                        Clerk of Court

ENTERED: **April 8, 2024**

                      by: /s/ C. Nair
                           Deputy Clerk